444

(No. 74-CC-608—Claimant )

CENTRAL OFFICE EQUIPMENT CO., Claimant, *vs.* STATE OF
ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed June 5, 1974.*

CENTRAL OFFICE EQUIPMENT CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-638—Claimant )

TYPEWRITER SERVICE CO., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1974.*

TYPEWRITER SERVICE CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.